JOHN RAGONA, Respondent, v. ALEXANDER'S RENT-A-CAR, INC., et al., Appellants.—

Rabin, P. J., Munder, Latham, Christ and Brennan, JJ., concur.